BENTON, Judge,
dissenting.
The evidence proved that Walker was cooperative during the procedure and did not interfere with the taking of his blood. The Commonwealth has the burden of establishing a “valid reason for the lack of availability of [the blood] test.” Breeden v. Commonwealth, 15 Va.App. 148, 151, 421 S.E.2d 674, 676 (1992). The technician’s testimony that she could not *201 locate a vein from which to draw blood was insufficient to prove the test was unavailable under Code § 18.2-268.2. The record proved that the officer failed to inquire whether a qualified physician or nurse was available in the hospital’s adjacent emergency room to withdraw blood from Walker. I would hold that the police officer unreasonably made the medical judgment that the sample of blood could not be taken for the test.